UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| BARBARA BOGHETICH, § § Plaintiff, § VS. § TALISMAN ENERGY USA, INC.; aka § REPSOL OIL & GAS USA, LLC, § § Defendants. § | CIVIL ACTION NO. 6:16-CV-70 |

BARBARA BOGHETICH, §
§
Plaintiff, §
VS. § CIVIL ACTION NO. 6:16-CV-70
§
TALISMAN ENERGY USA, INC.; aka §
REPSOL OIL & GAS USA, LLC, §
§
Defendants. §

## **ORDER**

Before the Court is the parties' proposed Order staying the case. Dkt. 10. The instant case is the subject of an agreed request to consolidate similarly situated cases filed throughout the United States Southern District of Texas. *See Cran et al v. Talisman Energy USA, Inc.,* Civil Action No. 6:16-cv-00064, Dkt. 7. According to that request, a related motion for class certification is pending before Judge Ellison of the Houston Division. *See Regmund et al v. Talisman Energy USA, Inc.*, 4:16-cv-2960, Dkt. 40.

The Court has stayed the lead case pending Judge Ellison's ruling. *See Cran et al v. Talisman Energy USA, Inc.*, Civil Action No. 6:16-cv-00064, Dkt. 16. A ruling on the request for consolidation is deferred while the stay is in place.

Accordingly, the instant case is hereby **STAYED.** The parties may file a motion with this Court to lift the stay within ten days after Judge Ellison rules on the class certification question.

SIGNED at Galveston, Texas, this 31st day of May, 2017.

_____
George C. Hanks Jr.
United States District Judge